920

No. 73–6300. LUTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6301. LUTON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6310. CARTER v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6316. PETER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6402. CAIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6478. JEFFRIES v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1320. UNITED STATES v. KING ET AL. C. A. 9th Cir. Motion of respondent Olson for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–1476. UNITED STATES v. MANTELLO ET AL. C. A. D. C. Cir. Motion of respondents Berman et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.